UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER D. SUNDBERG, | No. C 09-4036 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| C. NOLL, warden, | |
| Respondent. | |

The petition for writ of habeas corpus is denied.

IT IS SO ORDERED AND ADJUDGED.

DATED: January __, 2011

SUSAN ILLSTON
United States District Judge