UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER D. SUNDBERG, | No. C 09-4036 SI (pr) |
|     Petitioner, | **JUDGMENT** |
|     v. | |
| C. NOLL, warden, | |
|     Respondent. | |

The petition for writ of habeas corpus is denied.

IT IS SO ORDERED AND ADJUDGED.

DATED: January 26, 2011

                                          SUSAN ILLSTON
                                  United States District Judge